Submitted on remand from the Oregon Supreme Court October 29, convictions affirmed; remanded for resentencing December 8, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## JOHN WILLIAM ST. JOHN,
*Appellant.*

(91CR2444; CA A73366)

863 P2d 1317

Sally L. Avera, Public Defender, and Peter Gartlan, Deputy Public Defender, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Riggs, Judges.

PER CURIAM

## PER CURIAM

The Supreme Court remanded this case for us to reconsider our previous opinion, *State v. St. John*, 118 Or App 95, 844 P2d 947 (1993), in the light of Oregon Laws 1993, chapter 692, section 2, which amended ORS 138.222(5). We remand the entire case for resentencing. *State v. Dvorak*, 124 Or App 578, 863 P2d 1314 (1993).

Convictions affirmed; remanded for resentencing.